(101 So. 910)

Ex parte W. H. GRESHAM.    (8 Div. 692.)

(Supreme Court of Alabama.    Oct. 6, 1924. Rehearing Denied Nov. 27, 1924.)

Certiorari to Court of Appeals.

Simpson & Simpson, of Florence, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J.    Petition of W. H. Gresham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Gresham v. State, 20 Ala. App. 187, 101 So. 909.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

---

(101 So. 912)

Ex parte J. M. DUBOSE.    (5 Div. 898.)

(Supreme Court of Alabama.    Oct. 6, 1924. Rehearing Denied Nov. 27, 1924.)

Certiorari to Court of Appeals.

See, also, 19 Ala. App. 630, 99 So. 746.

Saxon & Pitts and Reynolds & Reynolds, all of Clanton, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J.    Petition of J. M. Dubose for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Dubose v. State, 20 Ala. App. 193, 101 So. 911.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.